MUSE v. BRITT

No. 381P98-2

Case below: 123 N.C.App. 357

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999.

O'BRIEN v. O'BRIEN

No. 7P99

Case below: 131 N.C.App. 411

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

OPENSHAW v. BUXTON CHIROPRACTIC CLINIC

No. 494P98

Case below: 131 N.C.App. 154

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

PERFORMANCE FRICTION CORP. v. LAMBA

No. 11P99

Case below: 131 N.C.App. 878

Motion by plaintiff (Performance) for temporary stay allowed 15 January 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Petition by plaintiff for writ of supersedeas dismissed as moot 3 March 1999. Conditional petition filed by defendant (Jens Lamba) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Justice Martin recused.

RICHARDSON v. MILLER

No. 376P98

Case below: 130 N.C.App. 612

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.